

# HUGE 3-DAY SUPER HIGH QUALITY REAL ESTATE & PERSONAL PROPERTY auction

## 3 Days — FRIDAY - SATURDAY - SUNDAY — August 24, 25, & 26, 2012

### DAY 1
SUPER HIGH QUALITY EXECUTIVE HOME WITH PRIVATE LAKE
– SUPER HIGH QUALITY EQUESTRIAN CENTER FACILITIES –
SUPER HIGH QUALITY 2ND HOME AND 20+ ACRE BUILDING SPOT

**FRIDAY, AUGUST 24, 2012  10:00 AM**

**ASHLAND, NE:** 567 County Road C
(Approximately 6 miles NW of Ashland along Hwy. 63 - Co Rd C)

**75 ACRES SELLING IN 4 TRACTS**



### DAY 2
SUPER HIGH QUALITY EXECUTIVE HOME FURNISHINGS
– LOG CABIN FURNISHINGS –
GAMBLING AND CASINO-STYLE GAMING TABLES & DÉCOR

**SATURDAY, AUGUST 25, 2012  10:00 AM**

 

### DAY 3
SUPER CLEAN & WELL MAINTAINED FARM & ACREAGE
EQUIPMENT – LAWN & GARDEN EQUIPMENT AND SHOP
TOOLS & EQUIPMENT

**SUNDAY, AUGUST 26, 2012  12:00 noon**

 

## Open Houses: SUNDAY, JULY 22, 2012  1:00 PM to 4:00 PM
### SATURDAY, JULY 28, 2012  1:00 to 4:00 PM

FOR ADDITIONAL INFORMATION, PLEASE CALL: JACK NITZ & ASSOCIATES, 402-727-8800 evenings - 727-0500 or 628-5300



**jack nitz & Associates**

NEBRASKA DEALER AUCTION LICENSE AU-00023
*Auction Firm Bonded For Your Protection*

   

**JACK R. NITZ, CAI**
Chairman & Auctioneer
(402) 727-0500 Res.

**JAY D. NITZ, CAI**
President & Chief Auctioneer
(402) 628-5300 Res.

**COURTNEY MENSIK**
Auctioneer
(402) 720-3107 Cell

**AUCTIONEERS and LAND BROKERS**

South Hwy. 77 & Ridgeland Road • P.O. Box 1522 • Fremont, NE 68026 • (402) 727-8800 • www.nitzauctions.com

## DAY 1

*Can't Make the Auction, Bid Live at www.proxibid.com!*

# TRACT # 1 – MAIN EXECUTIVE HOME LAKE – CABIN & BOATHOUSE







**Open Houses:** SUNDAY, JULY 22, 2012   1:00 PM to 4:00 PM
SATURDAY, JULY 28, 2012   1:00 to 4:00 PM

Luxurious Estate Living at its' absolute finest! There are not enough adjectives or ways to describe this lovely Home and surrounding Property. The Home itself features over 8,000 Square Feet of Living Area on 2 levels, 4 Bedrooms, 6 Bath Locations, Attached Pool Area with Sauna and Wading Pool, Lower Level Rec Room and Casino-style Gaming Room, Grand Cathedral Ceiling Great Room that features a Gourmet Kitchen, Granite Countertops, Wood-Burning Fireplace and Windows galore overlooking the Lake and Pasture. This Beautiful Home also features Main Floor Laundry, 2- Car Attached Garage with 3-Car Detached Auxiliary Garage, Backup Power Generator, Fully Finished Lower Level, HUGE Storage Room in Lower Level, (3) Fireplaces, HUGE Walk-around Patio around Great Room, Oak Woodwork Everywhere, Breathtakingly Beautiful Granite Countertops, Full Bar & Walk-in Pantry in Gourmet Kitchen, HUGE Master Bath and Walk-in Closet in Master Bedroom with Gentlemen's Shower & 2nd Walk-in Closet, Large Main Floor Formal Dining/Living Room Combination with Fireplace and Full-Glass View of Pool Area, and so much more. This Tremendous Property also features an 850 Square Foot Boat House with Bedroom, Fireplace, Full Bath with Shower, Kitchen and Boat Dock with Lift along with a 2-Bedroom Lake Cabin with Large Covered Deck, Full Kitchen & Bath with Shower and More. All of this is nestled on nearly 30 acres of land overlooking a 5 acre lake and fenced pasture area that is all accessed by a paved entrance road from the Highway. Every detail of this Lovely property has been thought of and is ready for you to buy at your price at public Auction! There are so many additional amenities and features that it is impossible to mention them all here, so please join us for the Open Houses or give us a call for your private tour of this Incredibly Beautiful Property!

### BOAT HOUSE



Features Approximately 830 Square Feet with Open Floor Plan, 1 Bedroom Area, Large Stone Fireplace with Gas Log, Pine Floors, Full Bath with Tub & Shower, Shore Station Boat Lift, 12'6" x 43'6" Deck over water & MUCH MORE!

### LAKE CABIN



Features over 530 Square Feet, Master Bedroom and Loft Bedroom, Full Bath, Enclosed Sun Porch, Full Kitchen, Wrap-around Covered Deck and Great view of the Lake!

# TRACT # 2 – COMMERCIAL EQUESTRIAN FACILITY






Spacious and Complete describes only the tip of the iceberg on this Tremendous Equestrian Facility. Included in this property are a 110' x 245' main riding arena that has a front entertainment area with Kitchen area, Bar area, Handicap accessible Restroom facilities and Old West décor, along with a 40' x 68' addition on the West end of the building with room for Horse or Cattle stalls. The property also features a large recreational building with fully insulated walls and ceiling, full concrete floor storage area, rec room area, kitchen and storage areas and much more. This Property also features a 36' x 82' Professional Office with 5 Office Areas, Reception Area, Small Kitchenette and a Lounge area. There is also a secondary building that features a large office area and (7) Horse Stalls along with a tack room and a couple of storage rooms. Other features include a large pole storage building with double-sided lean-tos, a very nice insulated shop area with front office area and back and side storage areas. This wonderful property also features approximately 16 acres of land that has a large fenced area for riding & exercising and also a pasture area. There are a few other small secondary buildings on this property that complete the facility and this property is also accessed by the same paved road that accesses the Main Home from the Highway. This is truly an Equestrian's dream property!

## MAIN RIDING ARENA BUILDING

Features a Steel Clear-Span Construction with overall Dimensions of 110' x 245' PLUS a 40' x 68' addition on the West end, a Front Entertainment Area (44' x 108") with Public Restrooms, Old West Décor & Saloon, Kitchen & Bar Area, Lights and Full Concrete Floor. The Main Arena measures 108' x 202' with Vapor Lighting, Overhead Radiant Heating, Insulated Walls and Ceiling, Fenced Perimeter, Exhaust Fans & More! The West addition consists of a 40' x 68' area with full concrete floor, Insulated Walls and Ceiling, Lights, Overhead Door and Walk-in Door. Truly a Wonderful Facility!

## SHOP BUILDING

This Building Features over 6,020' Square Feet (70' x 86') with a 40' x 62' Shop Area with Insulated Walls & Ceiling with Steel Interior Lining, Full Concrete Floor, (3) Large Interior Storage Areas with Lofts and Built-in Shelves & Lighting, (2) 16' x 12' High Overhead Doors, and 110 & 220V Electrical Power and Lighting. There is also a 12' x 40' Front Office Area that is Heated and Air Conditioned, and a 30' x 86' Cold Storage area with (4) Large Overhead Doors (12'6" x 18'), Lights and Full Concrete Floor and a South Cold Storage Area with 10' x 10' Overhead Door and Full Concrete Floor.

## SOUTHEST STORAGE BUILDING

This Building consists of a Wood Pole Building Clear-Span Construction and features approximately 7,200 Square Feet (60' x 120') in the Main part of the Building with a 15' x 120' Lean-to on the North side with Asphalt Floor and a 15' x 120' Lean-to on the South side of the Building. The Building also features a 14' High x 20' Wide Overhead Door with Opener on the West side and a 15'7" Sliding door on the North side. Great for Cold Storage for all your Equipment!

## MULTI-PURPOSE BUILDING

This Building consists of a Wood-framed, Clear-Span Construction and features exterior dimensions of 76' x 177' (13,452 Square Feet) and has Fully Insulated and Heated Walls and Ceilings, Full Concrete Floor, Overhead Florescent Lighting, (2) 14' x 20' Overhead Doors with Electric Openers, Office Area, Storage Area, Rec Area with Tile Floor, Public Restroom and Much More. A Great Building to Store your Toys in a Climate Controlled Building!

## EAST MAIN OFFICE

This Building is a Professional Office Building and Features nearly 3,000 Square Feet, 7 Office Areas, a Reception Area and Waiting/Lounging Area, Kitchenette, Central Air Conditioning and Heating and is in Excellent Condition, along with the rest of the Buildings.

## HORSE BARN

This Building sits right next to the East Main Office Building and Features nearly 3,000 Square Feet, 17' x 22' Office area with Brick Fireplace & Tile Floor, (7) Horse Stalls with Sliding Wood & Steel Doors, Concrete Alleyway, 12'x 14' Tack Room, Interior Water Hydrant, ¾ Bath with Shower, (3) Overhead Doors and Much More! A Horseman's Dream!

*The Property also Features (2) 20' x 80' Covered Steel Horse Shelters located over (10) Horse Pens, a Block Storage Building, HUGE Paved & Concrete Parking Areas, and a Paved Access Road to all Buildings!*

## Make Plans Now! - Once in a Lifetime Opportunity!

# DAY 1

## TRACT # 3 - GUEST HOME



This property truly deserves your full attention, as the features of this home rival the Main Home on Tract # 1. An Open & Spacious Floor Plan greet you as you walk in the door and from the front door you can see the Great Room, Kitchen, Dining Room and Loft Bedroom Areas with Cathedral Ceilings, Oak Woodwork and Gorgeous Oak Floors. The home also features a sprawling Master Bedroom with a Master Bath worthy of the best of Homes in Omaha or Lincoln, a HUGE Walk-in Closet with Built-ins and more. There are 3 additional Bedrooms including the Huge Loft Bedroom, Bath & Office Area in the Loft, Main Floor Laundry and 3rd Bath, along with a Huge Rec Room in the Basement and a Built-in Sauna in the spacious Storage Room/Exercise Room. This Property further features a Large Detached & Heated Garage, Large Mature Windbreak and is nestled on Approximately 7.5 acres just a short 100 yards off the Highway. Part of the 7.5 acres are fenced for pasture for Horses or Livestock. This Dream Home and Mini-Acreage Property is just what the doctor ordered!

### 1031 TAX EXCHANGES:
Any Purchasers desiring to do a 1031 Tax Exchange are welcome and are encouraged to contact the Auction Company prior to the Auction. All fees involved with said Exchange shall be paid by the Buyers.

## TRACT # 4 - 19 ACRE BUILDING SITE/PASTURE



This Property features approximately 19 acres of land ideal for your new dream home or mini Acreage site. Nearly all the perimeter is fenced with permanent steel fencing with 2 access gates. This property is also surrounded on the North and East sides by a paved access road directly off the Highway. The views are Excellent and the possibilities are endless as you explore your plans for your dream home only a short drive to Omaha or Lincoln! A Property truly worth your interest and inspection!

### TERMS OF THE REAL ESTATE AUCTION:
An Earnest Deposit of $50,000.00 per Tract will be required on Auction Day. The balance on all 4 tracts will be due on or before October 5, 2012. Title Insurance and Escrow Closing Fees will be divided equally between Buyer and Seller. Marketable Title will be provided. All survey fees will be paid by the Seller. Full Possession of all tracts shall be given to the New Buyers on the Date of Closing.

### AGENCY DISCLOSURE:
All Agents involved in the Transaction are Agents of and Represent the Seller.

# DAY 2

Can't Make it the Auction, Bid Live at www.proxibid.com!

## SATURDAY, AUGUST 25, 2012 10:00 AM



### LIVING ROOM FURNITURE:

Large Solid Wood 6-Piece Living Room Group with Pearson Leather Couch, (2) Solid Oak Overstuffed Accent Wood Arm Chairs, (2) Matching Round Wood Lamp Tables, (2) Matching Contemporary Lamps, (1) Large 5'x5' Wood Coffee Table with Side Magazine Racks.

7-Piece Living Room Set with (4) Overstuffed Accent Chairs, (1) Large Leather Ottoman, Wood Lamp & Table Combo, Metal Lamp Table with Magazine Rack.

4-Piece Formal Living Room Group with Ethan Allen L-Shaped Overstuffed Contemporary Sectional, Solid Oak Couch Table with Matching Coffee Table with Drop Sides & Matching Lamp Table with Lower Shelves.

3-Piece Living Room Group with Ethan Allen L-Shaped Overstuffed Sectional, Solid Wood Couch Table with Drawer & Lower Shelf & Solid Oak Lamp Table with Drawer & Lower Shelf.

Pearson Genuine Leather Couch with Matching Loveseat; 3-Piece Metal Framed Glass-Top Coffee Table with Matching End Table & Matching Couch Table.

Southwest 6-Piece Living Room Set with Norwalk Sleeper Sofa, (2) Overstuffed Accent Chairs, (3) Lamp Tables, Wood Drop-Leaf Coffee Table & Couch Table.

4-Piece Living Room Group with Overstuffed Couch, Loveseat, Wood Coffee Table with Drawer & Lower Shelf, Matching End Table with Drawer & Lower Shelf & Southwestern Style Lamp.

(2) Lane Overstuffed Accent Chairs with Matching Ottoman; Overstuffed Accent Chair; Norwalk 3-Piece Leather Set with Overstuffed Couch, Ottoman & Matching Overstuffed Accent Chair; Amish Style Oak Couch Table with (3) Drawers & Matching 7-Drawer Hi-Boy Oak Chest with Top Storage; Laminated Table Bench; Overstuffed Floral Print Couch with Matching Side Accent Chair; Oak Coffee Table & Matching Large Lamp Table (Both with Drawers); Solid Wood Couch Table with (2) Drawers; Overstuffed Accent Chair with Matching Ottoman, Southwestern Style Floor Lamp & Wood Framed Mirror.

### BEDROOM FURNITURE:

Queen Size Southwestern-Style Log Bed with Mattress & Box Spring; Southwestern Style Queen Size Bed with Hollywood Frame, Mattress & Box Spring; Ethan Allen Solid Armoire with Interior Removable Shelves & Interior Hanging Pole, (2) Interior Drawers & (1) Exterior Drawer; (2) Single Bed Bedroom Set with Wood Headboards, Matching Nightstand with (3) Shelves, Matching 7-Drawer Chest of Drawers; (2) Twin Beds with Mattress & Box Springs; (2) 6-Drawer Solid Maple Chest of Drawers; Queen Size Bedroom Set with Twin Poster Brass; (2) Wooden Oak 2-Drawer Nightstands; Solid Oak Women's Dresser with Curved Front, 4-Drawer Upper Cabinet & 5-Drawer Lower Cabinet with Lower Storage Area.

### DINING ROOM FURNITURE:

8' Solid Wood Dining Room Set with (8) Chairs & (2) Large Leaves.

Solid Oak 9-Piece Formal Dining Room Set with Large Solid Oak Table, (2) Leaves, (8) Solid Oak Chairs (Excellent Condition).

Ethan Allen 3-Piece Formal Glass China Hutch Set with (6) Glass Doors, All Lighted, Center Cabinet has (3) Large Storage Drawer Below & (2) Outside Cabinets have 2-Door Storage Areas Below.



Fremarc Designs Solid Wood Pedestal Dinette Table with Glass Top, (4) Chairs on Wheels.

48" Oak Single Pedestal Dining Room Table with (4) Chairs.

## DAY 2 continued

Can't Make the Auction, Bid Live at www.proxibid.com

### OUTDOOR/PATIO FURNITURE:
Wood 7-Piece Outdoor Dining Room Table & Chairs Set; (3) Wrought-Iron Patio Sets with (4) Chairs Each; Large Concrete Lighted Fountain; Wicker Style 5-Piece Patio Set with Glass Top Table & (4) Chairs on Wheels; (2) Outdoor White Wire Patio Sets with Glass Top Tables & (4) Chairs Each; Large Outdoor Pool Storage Box with Lid; Several Flower Pots; (4) Large Wood Rockers; Set of (2) Stadium Seats from Aksarban Race Track, Reconditioned in Nebraska Huskers; Set of (2) Stadium Seats from Aksarban Race Track, Reconditioned; Wicker Patio Set; Solid Mahogany Wood Bench with Ornate Carvings.

### HOT TUB:
Cal Spas Model L-09-CA-65 5-Person Hot Tub, SN# 085-16041, Sony AM/FM/CD Stereo System with (4) Surround Speakers, Waterfall Feature, Digital Temperature Control (Excellent Condition).

### TANNING BED:
Sun Quest Pro 24XL Wolfe System Tanning Bed, Spring Door & Timer.

### WEIGHT LIFTING EQUIPMENT:
Power-Pak by Universal 5-Station Home Gym with 220lb Weight Stack & 260lb. Weight Stack.

Schwinn WindRigger Rowing Machine, Ardyne Resistance System, Digital Readout.



### ANTIQUES:
National Antique Cast Steel Cash Register, SN# 1312526, Model 313, Interior Customer Counter, Cash Drawer, Denominations from 5¢-$1.00 (Excellent Condition).

4' Solid Oak Church Pew; (8) Antique Car-Type Jim Beam Decanters (All Unopened); (40) B&G Collector Plates (Denmark – All NIB from 1960's & 70's);

### CASINO STYLE GAMING TABLES & EQUIPMENT:

 

Las Vegas Style Craps Table, Solid Oak Construction, Felt Top, Cover.

Solid Oak 6-Person ½ Round BlackJack Table with (6) Padded Bar Stools, Felt Top, Glass Covered Protector.

Olhausen Solid Oak 8' Slate Pool Table with Felt Top.

Mills Novelty Company Antique 10¢ Slot Machine.

Centaur Standard Antique 5¢ Slot Machine, Electric Cord & Lights Up.

Harvey's Wagon Wheel 25¢ Slot Machine, Lighted & Working.

Brass & Granite 10-Cue Pool Cue Holder.

### AREA RUGS:
8'8"x100" Mahira Kerastan Large Area Rug, Made in U.S.A., Pattern: Mahira & Color: Antique Oushak.

Samouar Karastan 5'9"x9' Large Area Rug, Pattern: Feraghan Sarouk.

Solid Oak Sleigh-Type Coffee Table with Metal Runners & Accents & Swan Head Handles.

Mahira Karastan 5'9"x9' Area Rug, Pattern: Mahira, Color: Palace Kirman.

### OFFICE FURNITURE & EQUIPMENT:
6' Oval Mini Conference Table Set with (2) Adjustable Office Chairs on Wheels & (4) Matching Guest Chairs.

Solid Oak Executive Double Pedestal Office Desk with Center Drawer, (3) Drawers on Each Side.

Small Conference Set with Glass Top Table & (4) Rolling Overstuffed Chairs; (2) Metal 3-Drawer Lateral Files; (2) Metal Locking 4-Drawer Tub Files; Adjustable Office Chair on Wheels; (2) Overstuffed Accent Chairs & Matching Side Table; Hon L-Shaped Secretary's Desk with Double Pedestals; 6' Wood Table with Steel Legs; 5-Drawer Steel Locking Lateral File Cabinets; (6) Steel Shelf Units, (6) Shelves Each, 7' Tall, 18" Deep Shelves; (3) Large 4-Drawer Locking Tub File Cabinets; (2) Small 4-Drawer Locking Tub File Cabinets; Metal Side Table with Glass Top; Leather Executive Chair on Wheels; (4) Overstuffed Guest Office Chairs; Solid Wood Office Storage Cabinet; Hon U-Shaped Reception Desk with 2-Drawer Cabinet; Adjustable Office Chair on Wheels; Large Solid Wood Double Bookcase Set with Center Pedestal; Hon L-Shaped Double Pedestal Secretary's Desk with Center Drawer; 3-Drawer Metal Locking File Cabinet; L-Shaped Wood Office Desk with (3) Drawer File Cabinet.

Canon Image Class D861 Desk-Top Copy Machine; Brother Intellifax 2820 Fax/Copy Machine; HP Photosmart D7260 Color Printer; Lots of Misc Fax Machines, Printers & Other Computer Equipment; Hewlitt Packard DeskJet 692C Color Printer.

### PIANO:
Baldwin Former Player Piano (Old Player Parts are gone, now has a Musich Expansion Piano Disc Player Attachment with Remote & Will Play Either CD's or Floppy Discs).



### DÉCOR & DISHWARE:
Old Style Restored Wood Barber Pole; Large Storage Trunk with Interior Compartment; Tall Native American Drum; Fur Native American Dream Catcher; Rustic Log Type Bath Towel Rack with Mirror; Native American Wall Hanging Drum; Old Antique Truck Knick Knacks Décor; Floor Lamp & (2) Table Lamps; Lots of 4th of July, Christmas & Various Holiday Décor; Old Antique Picture Frames; Lots of Knick Knacks; Various Glassware & Enamelware; Punch Bowls; HUGE Assortment of High Quality Dishware: Plates, Bowls, Cups, Silverware, Wine Glasses, etc; Large Cow Picture; 5-Gallon RedWing Crock Jug with Electric Lamp; (2) Charles Murphy Wildlife Duck Prints.

### APPLIANCES:
Maytag Washer & Dryer, Set.

Quarter Master Commercial 1-Door Refrigerated Keg Cooler with Single Tap; 2001 Kenmore Cross-Top Refrigerator/Freezer, Automatic Ice Maker; Hotpoint Electric Stove Oven; GE Stainless Steel Turn Table Microwave Oven; Misc Kitchen Utensils & Small Kitchen Appliances; Frigidaire 70-Pint Dehumidifier with Digital Readout; GE Cross-Top Refrigerator/Freezer; Sanyo Apartment Size Refrigerator; Underbar 1-Keg Refrigerated Cooler; 4-Head Soda Dispenser Unit; HotPoint Cross-Top Refrigerator/Freezer; Estate Chest Freezer; Sharp Microwave; GE Cross-Top Refrigerator/Freezer.

### ELECTRONICS:
Opptcona 32" Color TV with Remote & Ceiling Mount Bracket; 13" Color TV with VHS Player & Remote;

### GRILLS:
Fire Magic Elite Series Propane Grill, Extra Side Burner, 4' Main Grill, (5) Main Burners, (2) Lower Drawers & (4) Lower Storage Doors, Side Rack.

Char-Glo Stainless Steel Grill, Propane.

### MISC:
Lots of Encicare & Other Handicap Equipment, Portable Stool, Walker, Hugo Collapsible Wheel Chair, Adjustable Height Shower benches & Chairs; Leather English Saddle with Etched Detailing.

Lots of DVD's & VHS Tapes; (19) Play-Rite & Q-R-S Player Piano Rolls with Original Boxes.



*Once In A Lifetime Event!*

# DAY 3

Can't Make the Auction, Bid Live at www.proxibid.com!

## SUPER CLEAN & WELL MAINTAINED FARM & ACREAGE EQUIPMENT
## LAWN & GARDEN EQUIPMENT
## SUNDAY, AUGUST 26, 2012   12:00 Noon

### DUMP TRUCK:

1997 Ford Model Louisville Single Axle Dump Truck, VIN# VA07437, Caterpillar Model 3126 7.2 Liter Diesel Engine, 6-Speed Manual Transmission, Muncie Air Shift Control, Air Brakes, Air Conditioning, 16,132 Actual Miles, AM/FM Stereo, Cruise Control, 26,000lb. GVW, Flip Hood, 10R22.5 Radial Tires, Heil 12' Heavy Duty Steel Dump Box with Cab Protector, 24" Sides with 6" Wood Extensions, 60-Gallon Step Fuel Tank (Excellent Condition).



### BUCKET TRUCK:

1978 Ford F-350 Custom 1-Ton Dually Bucket Truck, VIN# A36476, 10,000lb. GVW, 400 V-8 Gas Engine, 4-Speed Manual Transmission, 7.50-16 Tires, 79,482 Miles, 7 ½'x8 ½' Steel Flatbed with Headache Rack, Versalift Model 5HV2898 Hydraulic Lift Man Lift with 1-Man Personnel Bucket, SN# 477153, Electric/Hydraulic Lift Boom.



### TRACTOR:

John Deere Model 6400 MFWD Tractor, SN# L06400V120294, John Deere Diesel Engine, Power Quad Transmission, Enclosed Cab with Heat & Air Conditioning, AM/FM Stereo, 2,512 Actual Hours, Comfort Ride Seat, 18:4-38 Rear Tires, (2) Sets of Rear Hydraulic Remotes, (3) Sets of Mid-Mount Hydraulic Remotes, 3-Point, PTO, 13.6-28 Front Tires, John Deere Model 640 Hydraulic Front Loader with Quick Tatch Brackets, Joystick Cab Controls, 88" Bucket, Auxiliary Hydraulics for Front Attachment.

### FORKLIFT:

Caterpillar Model GP15 Forklift, 4-Cylinder Gas Engine, Electric Start, SN# 3AM01587, 3,000lb. Capacity, ROPS, 3,567 Hours, 190" 3-Stage Mast with Hydraulic Side Shift, LP Gas Engine.



### LAWN & GARDEN:

1998 Jacobsen Model HR 9016 Turbo Commercial Batwing Mower, SN# 70522-1729, Detroit 4-Cylinder Turbo Diesel Engine, Electric Start, 4WD, 1,246 Actual Hours, 96" Front Deck with (4) Gauge Wheels, Hydraulic Lift & (5) Hydraulic Drive Blades, (2) 60" Hydraulic Fold Wing Cutting Decks with (4) Gauge Wheels & (3) Hydraulic Blades Each, Power Steering, 29x14.00-15 Front Turf Tires, 24x12.00-12 Rear Turf Tires (Excellent Condition).



- Broyhill Terra Master Model 160 Portable Slide-In Spray Unit, 160-Gallon Poly Tank, 20' Folding Booms, 25' Hose & Spray Wand for Spot Spraying, Hydraulic Drive Pump.
- B & B Technologies Portable Spray Cart, 300-Gallon Poly Elliptical Tank, Pacer Pump with Briggs & Stratton 5.5HP Gas Engine & Ace Pump with Honda 5.5HP Gas Engine.
- Hiniker 8'6" Hydraulic Power V-Front Mount Snow Blade for Pickups, Light Kit, Hydraulic Power V, Power Guard, Quick Attach.
- Heavy Duty Portable Hydraulic Log Splitter, 8HP Briggs & Stratton Gas Engine, Hydraulic Reservoir, 25" Ramp.
- John Deere Model 717 3-Point PTO Shredder, SN# W00717X004563, 7' Width, Rear Dolly Wheel, PTO Drive; Frontier Model SS1670B 3-Point PTO Drive Rotary Seeder (Excellent Condition); Outdoor Electric Timers; John Deere Tractor-Type Lawn Sprinkler; 25-Gallon Poly Sprayer for 4-Wheelers; Honda Model HS521 Walk-Behind Snow Blower, 21" Cut, 5HP Engine; Red Max Gas Powered Backpack Mower; BedEdger Commercial Walk-Behind Trencher Unit with Honda 8HP Gas Engine; Toro Snow Master Gas Powered Snow Shovel; Toro Model CCR 3650 Walk-Behind Gas Powered Snow Blower with 144cc Gas Engine; Stihl Gas Trimmer; Husqvarna Gas Chain Saw; Lots of Hand & Garden Tools; Panorama 3-Point Tiller Unit, PTO Drive; Heavy Duty 4-Wheel Nursery Cart.

### UTILITY CARTS & 4-WHEELER:

- Cushman Model 9010 Turf-Truckster 3-Wheel Utility Cart, SN# 1CUNH2226LL021169, 2-Cylinder Gas Engine with Electric Start, 3-Speed Manual Transmission with Reverse, 2,537 Hours, Power Steering, Electric/Hydraulic Rear Dump Box.
- Cushman Model 9400 Turf-Truckster 4-Wheel Utility Cart, SN# 1CUNH3271RL002779, 2-Cylinder Fuel Injected Gas Engine, 3-Speed Hi-Low Auxiliary Transmission, 27HP Engine, 2,324 Hours, 48"x52" Hydraulic Dump Box.
- Kawasaki Prairie 400 4-Wheeler, 4x4, Automatic Transmission, 2,136 Miles, Reverse, Front & Rear Racks.

### UTILITY TRAILER:

Kewanne 14' Tandem Disc, Hydraulic Lift; P & J 18' Tandem Axle Flatbed Tag Trailer, 3,500lb. Axles, 77" Wide.

### CUSTOMIZED GOLF CART:

Street Rod Productions Customized Golf Cart, Gas Engine with Electric Start, Automatic Transmission, Forward & Reverse with Customized Shift Rod, 19.8 Actual Hours, Customized Fiberglass Body, Front & Rear Coolers with Drains, Chrome Front Grill, Chrome Front Lights, Chrome Wheels, Rear Bar Area with (6) Liquor Bottle Holders & Dispensers, Rear Tail Lights, Blaupunkt Lagoona CD36 AM/FM Stereo with CD Player, Tilt Steering Wheels, Lights, Turn Signals, Windshield, Vinyl Cab Enclosure ($22,000 Original Cost).

