## DAY 3 continued

*Can't Make the Auction, Bid Live at www.proxibid.com*

# SHOP TOOLS, SHELVING, HAND & POWER TOOLS, LIVESTOCK & ACREAGE EQUIPMENT AND MUCH MORE!

**SHOP EQUIPMENT:** Hotsy Portable Cold Water Pressure Washer, Honda 9HP Gas Engine, 2500PSI, 3.2 Gallon/Minute, Hose & Spray Wand. Complete Acetylene Torch Set on Cart with Smith Gauges & Torch; (2) Dual Light Tripod Shop Lights; 2-Ton Hydraulic Floor Jack; Clarke Turbo Weld 100EN Portable Wire Feed Welder with Leads 7 Gun; John Deere Agricultural O-Ring Set; (3) Metal Portable Tool Boxes; Campbell-Hausfeld Portable Electric Air Compressor; Graco Model 390ST Portable Electric Paint Sprayer with Gun; 2-Gallon Hand Sprayer; Parmak 12V Electric Fence Charger; Heavy Duty Ratchet Straps; Simer Submersible Utility Pump; Commercial Mop Bucket on Wheels; DeVair Model TAPV-5052 Vertical Air Compressor, 5HP, Single Phase Electric Motor, 80-Gallon Tank; Electric Cleaner Portable Barn Vac; (2) Submersible Pumps; Mercury Vapor Overhead Lights; Large Mercury Vapor Light Bulbs; Misc 1-5 Gallon Fuel Cans; Set of Car Ramps; Portable Air Bubble; Hi-Lift Jack; Sears Craftsman Professional 12-Gallon Wet/Dry Vac on Cart; LP Gas BBQ Grill Tanks; 7' Aluminum Folding ATV Ramps; 24' Aluminum Extension Ladder; Radius Model RWB34 Commercial Walk-Behind Floor Sweeper; Cushman Heavy Duty Cable-Type A-Frame Lift Hoist (Like New); Dyna-Glo Workhorse Portable 400,000 BTU Kerosene Fired Heater; TempaCure 44" Fan; Autumair 24" Pedestal Fan; Heavy Duty 2-Wheel Cart; Heat Buster 42" Electric Fan on Wheels; Heavy Duty 4-Wheel Freight Cart.

### SHELVING:
(2) 2-Section Heavy Duty Steel Storage Racks with (3) Shelves Each; (5) Sections of Heavy Duty Steel Shelving.

### HAND & POWER TOOLS:
Several Hand Staplers; Remington Ram Set; Sears Craftsman & Air Plus 3/8" Air Impact Wrenches; Sears Craftsman 15-Gauge Angle Finish Air Angler; Skil Electric Jig Saw; Porter Cable Heavy Duty Electric Belt Sander with Saw Dust Bag; Sears Craftsman Heavy Duty 9" Angle Grinder; DeWalt Model DW304 Electric Sawsall; Bostitch Model N95RHN Heavy Duty Round Head Air Nailer (Like New); DeWalt 4-Piece Cordless 18V Set with (2) Chargers & (4) Batteries; Skil Saw Electric Steel Chop Saw; Makita Heavy Duty Electric Sawsall with Case (Like New); Delta Sidekick 8 ¼" Portable Table Saw; Makita Model LS1011 10" Electric Mitre Saw; Pro-Tech Portable Electric Mitre Saw; Sears Craftsman Electric Buffer; Dormeyer Electric Hand Saw with Metal Case; Several Levels (Aluminum & Plastic); 3' Aluminum Concrete Hoe; Sears Crafsman 4 ½" Electric Angle Grinder.

### ACREAGE & LIVESTOCK EQUIPMENT:
3-Spear Bale Spear Attachment for Skidloaders; John Deere 3-Spear Bale Attachment for Loaders; Hoelscher Model 100 8-Pack Bale Pick Up Attachment for Skidloaders with Hydraulic Spears, SN# 01282; Ingersoll-Rand Bobcat Model "Sweeper 72" Hydraulic Drive Sweeper Attachment for Skidloaders, SN# 783708511; Grain-O-Vator 10 Small Steel Auger Wagon, Rear Auger Unload, PTO Drive; (2) 12' & 14' Hay Wagons on John Deere 953 Gears; Bison Model NHVH242XHD Heavy Duty 3-Point Blade, 8' Width, Hydraulic 8-Way with (1) Cylinder; Several Steel Horse Hay Feeders; Round Bale Feeder; Several Steel Sliding Hose Gates; Misc Steel T-Posts & Electric Fence Posts; Ritchie Steel Cattle Waterers; Heavy Duty Steel Cattle Panels; Snow Fence (Approx 10 Rolls); 12" & 24" Auger Bits for Skidloaders; 36" Auger Bit Attachment; (5) Concrete Fenceline Feed Bunks; (2) Steel Framed Plastic Lined Cattle Feeders; (2) 300-Gallon Fuel Barrels on Stands; 1,000 Gallon Fuel Barrel with Legs; Fill-Rite 110V Electric Pump; (6) Portable Wood Horse Stalls with Metal Gates; Heavy Duty Steel Calf Roping Chute Set-up with Quick Release Head Gate; 10'12' & 16' Heavy Duty Corral Panels; Bucket of Heavy Duty Steer Wrestling Horn Pad Safety Items; (2) Calf Roping Practice Cattle; 12' 4-Wheel Hay Wagon on John Deere Gear; Several Wall-Mount Hay Feeders.

### BUGGY:
Yoder Wagon Works Solid Oak 2-Seat Buggy, 4-Person, Front & Rear Under Seat Storage Compartments, Spring Ride Carriage, Single Horse Hitch, Like New Condition.

### TABLES & CHAIRS:
Approx (95) Chrome Craft Padded Stacking Chairs; (17) 3'x4' Solid Wood Topped Tables with Steel Legs; (1) 60" Round Solid Wood Topped Tables with Steel Legs; 42" Round Oak Single Pedestal Table with (5) Pressed Back Oak Chairs with Cane Seats; (3) Swivel Top Metal Bar Stools with Cast Iron Seats.

### DÉCOR:
(2) Old Antique Oxon Yolks; Old Antique 2-Man Saw; Old Antique 2-Horse Wagon Double Tree; Several Old Lariat Ropes.

### APPLIANCES & STAINLESS STEEL SINK:
Perlick 2-Door Reach-In Bottle Cooler; Eagle Stainless Steel Ice Bin; Kenmore Apartment Size Refrigerator; (2) Large Coolers; 10' Commercial Stainless Steel Sink with Deep Tub & Shallow Tub, Faucet & Lower & Upper Shelves.

### MISC:
Assortment of Christmas Yard Décor; Old Corner Wood Desk; Commercial Mop Bucket; Honda Passport Antique Gas Scooter, 3,356 Miles; Several Motorcycle & Go-Cart Safety Helmets.

*Mark Your Calendar Now!*

## AUCTIONEER'S NOTE:
Make your plans now to attend this Super High Quality and Interesting Estate Auction. Due to the Death of Dave Fulkerson, Double D Farms have ceased their Operations and are offering their Super High Quality & Improved Real Estate, Home Furnishings and Farm & Acreage Equipment for your price at Public Auction. This is a Complete Liquidation – nothing is held back and it all goes – Wall to Wall! For Further Information, Brochure, Hundreds of Photos or Your Private Tour of this Wonderful Facility, Please Contact the Auction Company or visit the web site at www.nitzauctions.com. Lunch & Restrooms all 3 days. Come and Enjoy the Weekend with us and the Fulkerson Family!

# DOUBLE D FARMS & DAVE FULKERSON ESTATE
# DIEDERIKE (DICKIE) FULKERSON – SELLER & PR

**FOR ADDITIONAL INFORMATION, PLEASE CALL: JACK NITZ & ASSOCIATES, 402-727-8800 evenings - 727-0500 or 628-5300**





NEBRASKA DEALER AUCTION LICENSE AU-00023
*Auction Firm Bonded For Your Protection*



JACK R. NITZ, CAI
Chairman & Auctioneer
(402) 727-0500 Res.



JAY D. NITZ, CAI
President & Chief Auctioneer
(402) 628-5300 Res.



COURTNEY MENSIK
Auctioneer
(402) 720-3107 Cell

**AUCTIONEERS and LAND BROKERS**

South Hwy. 77 & Ridgeland Road • P.O. Box 1522 • Fremont, NE 68026 • (402) 727-8800 • www.nitzauctions.com

# jack nitz & Associates

South Hwy. 77 & Ridgeland Road
P.O. Box 1522
Fremont, NE 68026

Return Service Requested

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAIL U.S.A.

FIRST CLASS



Don't Miss Out! Look Inside!

## HUGE 3-DAY SUPER HIGH QUALITY REAL ESTATE & PERSONAL PROPERTY

# auction

## FRIDAY - SATURDAY - SUNDAY
## August 24, 25, & 26, 2012

SUPER HIGH QUALITY EXECUTIVE HOME WITH PRIVATE LAKE – SUPER HIGH QUALITY EQUESTRIAN CENTER FACILITIES – SUPER HIGH QUALITY 2ND HOME AND 20+ ACRE BUILDING SPOT



### 75 ACRES SELLING IN 4 TRACTS - ASHLAND, NEBRASKA



FOR ADDITIONAL INFORMATION, PLEASE CALL: JACK NITZ & ASSOCIATES, 402-727-8800
evenings - 727-0500 or 628-5300

NEBRASKA DEALER AUCTION LICENSE AU-00023

Auction Firm Bonded For Your Protection.

JACK R. NITZ, CAI
Chairman & Auctioneer
(402) 727-0500 Res.

JAY D. NITZ, CAI
President & Chief Auctioneer
(402) 628-5300 Res.

COURTNEY MENSIK
Auctioneer
(402) 720-3107 Cell

**AUCTIONEERS and LAND BROKERS**

# jack nitz & Associates

South Hwy. 77 & Ridgeland Road • P.O. Box 1522 • Fremont, NE 68026 • (402) 727-8800 • www.nitzauctions.com



## Tract #1 - Room Dimensions and Features
## Double D Farms Auction - Real Estate Friday, August 24, 2012  10:00 a.m.

***All Auction Day Terms & how Tracts are selling provided in separate brochure, please ask for one if you did not receive one, thank you.




**MAIN HOUSE** (Built in 1974, Kitchen & Great Room Addition done in Approximately 2001)
**MASTER BEDROOM:** 17'x22'
Carpet & Lighted Ceiling Fan, Small Wood Burning Antique-Looking Stove, Walk-In Closet-6'9', Full Bath with Heated Tile Floor, Large 2-Person Whirlpool Tub, Shower, Double Sink with Solid Surface (Corian) Counter-Tops, Large Double Mirrors, Vanity.
**MEN'S MASTER BATH & CLOSET:** 5'x18'6"
Off Master Bedroom, Walk-In Closet - 6'6"x11'6" (Built-Ins), Huge Walk-In Shower with Tile Floor, Solid (Corn) Surface Counter-Tops with Sink, Heated Tile Floors.
**SOUTHEAST BEDROOM:** 10'x14'8"
Carpet & Light, Double Closets, Jack & Jill Full-Bath with Tub-Shower-Stool & Double Sink.
**2ND BEDROOM:** 9'10"x11'4"
Carpet & Lighted Ceiling Fan, Single Closet, Jack & Jill Bath shared with SE Bedroom.
**LAUNDRY ROOM:** 6'4"x9' & 4'x12'7"
Tile Floor, Washer & Dryer Hookups, Sink, Oak Cabinets Above Washer & Dryer & Sink.
**½ BATH BY KITCHEN/LIVING ROOM:** Granite Countertops, Sink & Stool, Oak Floors.
**GREAT ROOM:** 21'x29'
Vaulted Ceiling, Wide Board Oak Floors, Large Stone Gas Log Fireplace, North Wall Full of Windows, Sliding Glass Patio Doors.
**KITCHEN:** 20'x29'
Wide Board Oak Floors, Solid Maple Cabinets, Granite Countertops, 5'x11' Walk-In Pantry, Built-In Media Center, Viking Commercial Stainless Steel Built-In Gas Range/Oven, Viking Commercial Stainless Steel Built-In Steamer Drawer, Viking Professional Stainless Steel Built-In Wall Thermal Convection Wall Oven, GE Monogram Stainless Steel Built-In Wall Oven with Digital Controls, Sub Zero Commercial Built-In Stainless Steel Refrigerator with Lower Drawer-Type Freezer, 57"x91" Island with Granite Countertops, Dual Stainless Steel Sink, (2) Built-In Dishwasher, Garbage Disposal, L-Shaped Cabinet/Bar Set with Maple Cabinets, (2) Separate Stainless Steel Sinks, (1) with Garbage Disposal, 2-Drawer Built-In Refrigerator Drawers, Built-In Ice Maker.
**LIVING ROOM/VIDEO ROOM:** 16'x44'
Huge Stone Fireplace, Wide Board Oak Floors, Built-In Cabinets & Bookcases, Stewart 100' Projection Screen TV with Sharp Vision Ceiling Mounted Monitor with Remote, (6) Large Picture Windows & Patio Door.
**ENCLOSED ATTACHED POOL AREA:** 41'8"x70' & 9'5"x29'8"
Elevated Sitting Area, ¼ Bath with Shower, Stool & Sink, Bar Area with Scotsman Ice Maker, Sink & Built-In Cabinets, 22'x40' Pool with 10' Deep End, Diving Board, Moveable Retractable Pool Cover & Steps with Handrail, 7'x7' Hot Tub with Steps & Hand Rail, Control Room with Pumps & Filters, Commercial Boiler for Temperature Control, Patio Doors to Outside Deck, Brick Pillar & Oak Plank Safety Rail.



### BASEMENT/LOWER LEVEL OF HOME
**L-SHAPED BAR/ENTERTAINMENT ROOM:** 16'x26'7"
Narrow Board Oak Floors, Patio Doors, Huge U-Shaped Oak Bar with Brass Footrests, Matching Back Bar with Mirrors, Built-In Dishwasher, Small Refrigerator & 1-Keg Keg Cooler, Sink, 4-Tap Beer/Soda Head, Separate Oak Bar with Brass Footrests, 13'4"x46'7" & 5'x10'5" Recessed Area for Poker Table, Carpet, Brick Fireplace.
**STORAGE ROOM:** 27'9"x28'6"
Concrete Floors, Insulated, Florescent Lights.
** (3) Furnaces - (1) for New Part, (1) for Old Part & (1) for East Part**
**BACK BEDROOM:**
Carpet & Lighted Ceiling Fan, Large Closet, Master Bathroom with 2-Person Shower with Dual Heads, Privacy Toilet, Double Sink with Corion Countertops, Large Mirror, Built-In Oak Cabinets.
**VIDEO ROOM:** 14'3"x17'
Carpet, Large Built-In Oak Cabinets, (3) Large Closet Doors.
**BACK BEDROOM:** 15'9"x25'8"
Carpet, (3) Large Double Closets, ¼ Bath with Shower, 4'8"x8'8" Steam Room with Tile Floor & Separate Shower.
**ATTACHED 2-CAR GARAGE**
**DETACHED 3-CAR GARAGE:** 29'x40'
3-Car Garage with (3) Overhead Garage Doors & (1) Walk-In Door.
  ***Onan Model 30EK Stationary Generator Set, 6-Cylinder Ford Industrial Gas Engine with Electric Start, 30KVA Generator, Several Master Switches, 631 Hrs.




**BOAT HOUSE:** 20'5x40'6"
12'6"x43'6" Deck over Water, Glass Patio Doors out to Deck, Shore Station Boat Lift, Full Bath with Tub & Shower, Large Gas Log Fireplace (Stone), Pine Floors.

**LAKE CABIN:** 12'X44'6"
10'x44'6" Sloped Deck Cover, 9'4"x10'7" Enclosed Sun Porch, Loft Bedroom, Master Bedroom with Closet, Full Bath with Tub & Shower
Full Kitchen with Stove Built-In Dishwasher, Breakfast Bar with (2) Stools, 10'30' Deck with 8'x10' Back Area.



230 Ridgeland Road, P.O. Box 1522
Fremont, NE 68026
(402) 727-8800    www.nitzauctions.com
Auctioneers and Land Brokers
Listing Agent: Jay Nitz (Cell) 720-2541

Agency Disclosure: All Agents Employed by Jack Nitz & Associates involved in the transaction are Agents of and represent the Seller.

Double D Farms Auction - Real Estate Friday, August 24, 2012 10:00 a.m.

*** All Auction Day Terms & how Tracts are selling provided in separate brochure, please ask for one if you did not receive one, thank you.

## MAIN RIDING ARENA BUILDING

**FRONT ENTERTAINMENT AREA:** 44' x 108'
False Front Buildings Décor, 16'x36' Longhorn Saloon Building, Bar Area & Restroom, Full Concrete Floor, Lighting, Central Air Conditioning &
Radiant Heat (LP Gas), 26'x58' Addition to South Side with Kitchen Area & (2) Restroom Facilities (Men's & Women's).

**MAIN RIDING ARENA:** 108' x 202'
Full Dirt Floor, Steel Clear Span, Insulated Walls & Ceiling, Vapor Lighting, LP Gas-Fired Overhead Radiant Heat, 5' Steel Gates All Around
(4) Large Exhaust Fans, (4) Exit Doors, Heavy Duty Commercial.

**WEST ADDITION:** 40' x 68'
Full Concrete Floor, Insulated Walls & Ceiling, Lights, Walk-In Door, 13'x14' Insulated Overhead Door.

## SHOP BUILDING

12'x40' Front Area for Office, Full Concrete Floor, Amana Electric Heater/Air Conditioning Combo Unit.
40'x62' Shop Area, Full Concrete Floor, Insulated & Steel Lined Interior, (3) Large Storage Areas with Lofts & Built-In Shelves & Lighting, (2) 16'x12' High Overhead Doors (No Openers).
South Storage 12'x40', Full Concrete Floor, 10'x10' Overhead Door, Lights.
East Storage Area 29'6"x86', Full Concrete Floor, Lights, (3) 126' High x 18' Wide Overhead Doors with Electric Openers.
30'x12' Loft for Storage.

## SOUTHEST STORAGE BUILDING

60'X120' Wood Pole Building.
15'x120' Lean-To on South Side (Dirt Floor).
15'120' Lean-To on North Side with Asphalt Floor, Natural Roof Light, 15'7" Sliding Door on North, 14'x20' Overhead Door with Electric Opener.

## CONCRETE BLOCK BUILDING

28'x50' - Concrete Block Walls, Wood Truss Roof with Shingles, 7 ½' T x 16' Overhead Door
Full Concrete Floor.

## BLOCK PUMP HOUSE

12'x12' - Metal Roof, US Motors 40HP Electric Well Pump, HT Quiet Transformer (50KVA), Rotary Phase Converter with 60HP Electric Motor, Joslyn Carter Electric Five Pump Controller Panel Electric Heater with Thermostat.

## MULTI-PURPOSE BUILDING

76'W x 177'L with 16' x 128' Lean-To with Concrete Floor & 18' x 49' Southwest Enclosed Addition
60' x 177' Interior Finished Area, Full Concrete Floor, Wood Walls, (22) 8' Florescent Lights,
(2) 14' x 20' Overhead Doors with Electric Overhead Openers, (4) Side Storage Rooms, Restroom Area, Pine Finished Rec-Room Area.

## EAST MAIN OFFICE

36' x 82' - Wood Framed, Steel Siding & Roof, Front Foyer/Reception Area 12'7" x 22'7"
**1ST OFFICE:** 12' x 18'6"
Carpet & Lighted
**2ND OFFICE:** 12' x 17'6"
Carpet & Lighted
**3RD OFFICE:** 12' x 13'
Carpet & Lighted
**4TH OFFICE:** 12' x 13'
Carpet & Lighted
**BREAK ROOM/KITCHEN:** 12'7" x 13'
Built-In Wood Cabinets, Sink
**STORAGE ROOM:** 11'6" x 12'
**HALLWAY:** 9'10" x 38'6"
Laminate Wood Flooring
**RECEPTION AREA:** 22'6" x 24'8"
Laminate Wood Flooring
**DAVE'S OFFICE:** 12' x 24'6"
Carpet, Large Windows, Small Conference Area

## WEST OFFICE

**NORTH END OF BUILDING (OFFICE):** 17'4" x 22'3"
Gas Log Brick Fireplace, Large Square Tile Floor
**BATHROOM:** ¾ Bath with Shower
**SMALL UTILITY ROOM**
**HORSE BARN AREA:** 35' x 64'
(7) Horse Stalls, Concrete Alleyway, (3) Overhead Doors, Sliding Steel Gates, Lights in Each Stall
Heavy Duty Feeders & Bucket Holders in Each Stall, Water, Door & Lights
**TACK ROOM:** 12' x 13'10"



**TRAIN DEPOT** 11'3" x 8'9"



230 Ridgeland Road, P.O. Box 1522
Fremont, NE 68026
(402) 727-8800   www.nitzauctions.com
Auctioneers and Land Brokers
Listing Agent: Jay Nitz (Cell) 720-2541

**Agency Disclosure:** All Agents Employed by Jack Nitz & Associates involved in the transaction are Agents of and represent the Seller.

## Tract #3 - Additional Home Features
### Double D Farms Auction - Real Estate Friday, August 24, 2012 10:00 a.m.

***All Auction Day Terms & how Tracts are selling provided in separate brochure, please ask for one if you did not receive one, thank you.




Guest Home



**FRONT ROOM:** 23'6"x24'
Narrow Board Oak Floors & Berber Carpet, Cathedral Ceiling, Brick Gas-Log Fireplace, Large Windows.
**KITCHEN:** 18'x15'6"
Oak Cabinets & Narrow Board Oak Floors, Built-In Dishwasher, Microwave & Oven, 4'3"x5'8" Island.
**MASTER BEDROOM:** 16'x19'10"
Carpet, Cathedral Ceiling with Lighted Ceiling Fan, Glass French Doors to Master Bath, Gas Log Fireplace, 10'x13' Walk-In Closet with Built-Ins., Master Bath with 2-Person Whirlpool Tub, Tile Floors, Privacy Stool, Double Sink with Corion Counter-Tops & Large Mirror, Bench Alcove Picture Window Area.



**BEDROOM #1:** 10'6"x11'11"
Oak Floors, Lighted Ceiling Fan, Large Closet.
**BATHROOM:**
Full Bath with Tub & Shower, Oak Cabinets, Linoleum Floor.
**BEDROOM #2:** 11'11"x12'
Oak Floors, Lighted Ceiling Fan, Large Closet.
**MAIN FLOOR LAUNDRY:** 12'4"x7'6"
Shower, Stool & Sink, Linoleum, Laundry Hookups.
**BALCONY OFFICE/BEDROOM:** 7'6"x13'
Carpet
**UPSTAIRS BEDROOM:** 16'x20'4"
Carpet, Lighted Ceiling Fan, Large Closet.
**BASEMENT REC ROOM:** 16'3"x23'
Carpet, Kenwood 60" Flat Screen TV, (2) Large Closets.
**STORAGE ROOM:** 7'5"x7'10"
Built-In Sauna, (2) Furnaces, (2) Water Heaters, (3) Pressure Tanks, Water Softener, 200 Amp Main Breaker Panel 100 Amp Auxiliary Panel.

**GARAGE:** 24'6"x36'6"
Full Concrete Floor, A(2) Electric Overhead Openers with 7'x9' Doors, Floor Drains, (1) Walk-In Door, (1) Electric Heater, (3) Fluorescent Lights.
**YEAR BUILT:** 1987   **LIVING AREA:** Approximately 2500 Square Feet

## Tract #4 - 20 Acre Building Site/Pasture
### Double D Farms Auction - Real Estate Friday, August 24, 2012 10:00 a.m.

***All Auction Day Terms & how Tracts are selling provided in separate brochure, please ask for one if you did not receive one, thank you.



Approximately 20 acres of land ideal for your new dream home or mini Acreage site. Nearly all the perimeter is fenced with permanent steel fencing with 2 access gates. This property is also surrounded on the North and East sides by a paved access road directly off the Highway. The views are Excellent and the possibilities are endless as you explore your plans for your dream home.



**jack nitz & Associates**
Auctioneers and Land Brokers
230 Ridgeland Road, P.O. Box 1522
Fremont, NE 68026
(402) 727-8800   www.nitzauctions.com
Listing Agent: Jay Nitz (Cell) 720-2541

**Agency Disclosure:** All Agents Employed by Jack Nitz & Associates involved in the transaction are Agents of and represent the Seller.