# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. BK 12-41750 |
| | ) | Chapter 11 |
| DIEDERIKE M. FULKERSON, | ) | |
| | ) | **NOTICE OF** |
| Debtor. | ) | **CHANGE OF ADDRESS** |

COMES NOW the Debtor, above named, by and through her Attorney, and hereby notifies the Court that her address has changed as follows:

> Diederike Fulkerson
> 160 S. 166th St.
> Omaha NE 68118

DATED: October 30, 2012.                         DIEDERIKE M. FULKERSON,
                                                 Debtor


                                         By:    */s/ Howard T. Duncan*
                                                Howard T. Duncan
                                                Attorney No. 15851
                                                6910 Pacific St., Ste. 103
                                                Omaha, NE 68106
                                                (402) 934-4221
                                                Attorney for Debtor


# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2012, the foregoing Notice of Change of Address was filed electronically with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing by electronic mail to Patricia Fahey, US Trustee.

                                                */s/ Lora M. Buchheister*
                                                Lora M. Buchheister