B6C (Official Form 6C) (4/10)

In re   Diederike Marlene Fulkerson                                       Case No.   12-41750
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>567 County Road C<br>Ashland, NE<br>(property subject to auction) | Neb. Rev. Stat. §§ 40-101 - 40-118 | 60,000.00 | 1,500,000.00 |
| | Total: | 60,000.00 | 1,500,000.00 |

  0   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

DATED: 11-20-12 .

/s/Diederike Fulkerson
Diederike Fulkerson

By:  /s/ Howard T. Duncan
Howard T. Duncan
Attorney No. 15851
6910 Pacific Street, Suite 103
Omaha, Nebraska 68106
(402) 934-4221
Attorney for Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached Amended Schedule C was electronically sent to: Patricia Fahey, Asst. U.S. Trustee by filing the same with US Bankruptcy Court for the District of Nebraska using the CM/ECF system.

/s/ Kylie Clayton
Kylie Clayton