## Kylie Clayton

| | |
|---|---|
| **From:** | Lora Buchheister |
| **Sent:** | Friday, November 30, 2012 10:19 AM |
| **To:** | Kylie Clayton |
| **Subject:** | FW: [Junk released by User action] U.S. Bankruptcy Court, District of Nebraska - Undeliverable Notice, In re: Diederike Marlene Fulkerson, Case Number: 12-41750, TLS, Ref: [p-46835263] |
| **Attachments:** | B_P41241750B9C0268.PDF |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**From:** USBankruptcyCourts@noticingcenter.com [mailto:USBankruptcyCourts@noticingcenter.com]
**Sent:** Thursday, November 29, 2012 1:45 PM
**To:** Lora Buchheister
**Subject:** [Junk released by User action] U.S. Bankruptcy Court, District of Nebraska - Undeliverable Notice, In re: Diederike Marlene Fulkerson, Case Number: 12-41750, TLS, Ref: [p-46835263]

**TO THE DEBTOR/DEBTOR'S ATTORNEY:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

---

**UNDELIVERABLE ADDRESS:** Florida Dept. of Ins. as Receiver for United South
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**

C/O Robert Craig, 14301 FNB PKWY Ste 263, Omaha, NE 68154

**UNDELIVERABLE ADDRESS:** Frontier Cooperative Company
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**

211 South Lincoln, PO Box 37, Brainard, NE 68626

_____          1|9|13
Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.